# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
### Civil Action No. 3:25 cv 00219

BENN GODENZI

                    Plaintiff,

          v.                                    **NOTICE OF SETTLEMENT**

CMD, LLC DBA KEONIGSEGG
CHARLOTTE

                    Defendants.

   The parties respectfully notify the Court that the parties have agreed to settle the above-captioned matter. Counsel for the parties are in the process of preparing and finalizing the Settlement Agreement and Stipulated Dismissal ("Agreement"). The parties intend to file the Agreement as soon as practicable but respectfully request that the parties have thirty (30) days to file the Agreement.


          This the 10 day of July 2026.


                                        /s/Lawrence Wooden
                                        Lawrence Wooden
                                        State Bar No. 47199
                                        HW Legal Group
                                        10130 Mallard Creek Rd. Suite 300
                                        Charlotte, NC 28262
                                        Telephone: 704-954-8094
                                        Facsimile: 704-810-1701

**CERTIFICATE OF SERVICE**

I hereby certify that on July 10, 2026, I served Defendant's counsel with the Notice of Settlement via email as outlined below:

Randolph M. James
RANDOLPH M. JAMES, P.C.
PO Box 20060
Winston-Salem, NC 27120
Telephone: (336) 724-7707
Facsimile: (336) 724-9722
E-mail:rmjames@rmjameslaw.com

This the <u>10</u> day of July 2026.

/s/Lawrence Wooden
Lawrence Wooden
*Plaintiff's Counsel*